# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BERNELL EARL

NO. 2026 KW 0543

**JUNE 29, 2026**

---

In Re:     Bernell Earl, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           539204-1.

---

**BEFORE:     McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.** Any challenge to a previous conviction which is
not made before sentence is imposed may not thereafter be raised
to attack the sentence. See La. R.S. 15:529.1(D)(1)(b).

**PMc**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT